Matthew G. Monforton  (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
Facsimile:   (406) 551-6919
E-mail:       matthewmonforton@yahoo.com

Attorney for Plaintiff Dan Cox

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| DAN COX, on behalf of himself and all others similarly situated, | Case No. 9:14-cv-00199-DLC |
| Plaintiffs, | |
| v. | **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| EDWARD McLEAN, in his official capacity as Chair of Montana's Judicial Standards Commission; BLAIR JONES, in his official capacity as a member of Montana's Judicial Standards Commission; VICTOR VALGENTI, in his official capacity as a member of Montana's Judicial Standards Commission; JOHN MURPHY, in his official capacity as a member of Montana's Judicial Standards Commission; SUE SCHLEIF, in her official capacity as a member of Montana's Judicial Standards Commission; | |
| Defendants. | |

COMES NOW Plaintiff Daniel Cox and hereby moves for entry of a preliminary injunction against all Defendants.  This Motion is supported by (1)

Plaintiff's Verified Complaint, (2) Plaintiff's Brief in Support of Motion for Preliminary Injunction and (3) Plaintiff's Request For Judicial Notice.

The Defendants' attorney, Asst. Attorney General Mike Black, has been notified of this motion and opposes it.

Respectfully submitted,

DATED: July 28, 2014    /s/ Matthew G. Monforton
Matthew G. Monforton

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 28th day of July, 2014, that a copy of the foregoing will be delivered this day to the following via regular mail and email.

TIMOTHY FOX
Montana Attorney General
MICHAEL G. BLACK
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
mblack2@mt.gov


DATED: July 28, 2014        /s/ Matthew G. Monforton
                            Matthew G. Monforton

                            Attorney for Plaintiff